# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

## Tallahassee Division

CHRISTIAN D. SEARCY; EARL DENNEY, JR.;
JOHN SCAROLA; F. GREGORY BARNHART;
JOHN SHIPLEY; and SEARCY DENNEY
SCAROLA BARNHART & SHIPLEY PA,

                                                                                     Case No. 4:13-cv-00664-RH-CAS

        Plaintiffs,

v.

THE FLORIDA BAR, JOHN F. HARKNESS, in
his official capacity as Executive Director of The
Florida Bar; ELIZABETH TARBERT, in her
Official capacity as Chief Ethics Counsel of the Legal
Division of The Florida Bar; JAMES N. WATSON,
JR., in his official capacity at Chief Disciplinary
Counsel of the Tallahassee Branch of the Legal
Division of The Florida Bar; and ADRIA E.
QUINTELA, in her official capacity as Chief
Disciplinary Counsel of the Fort Lauderdale Branch
of the Legal Division of The Florida Bar,

        Defendants.

## UNOPPOSED MOTION FOR SHORT EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MEMORANDUM

**GREENBERG TRAURIG, P.A.**

Defendants move for an extension of time to file their memorandum on summary judgment, which is due to be filed today, until this coming Monday, December 22, 2014.

The parties have been engaged in settlement negotiations and had hoped to have a settlement finalized by today. They have been unable to conclude the settlement, partially because counsel for both parties have been travelling and preparing for a hearing today in the United States District Court for the Middle District of Florida. The parties remain hopeful that the case can be settled by the end of this week.

Plaintiffs consent to this motion.

s/ BARRY RICHARD
BARRY RICHARD
FLORIDA BAR NO. 105599
MICHAEL H. MOODY
FLORIDA BAR NO. 66471
**GREENBERG TRAURIG, P.A.**
101 EAST COLLEGE AVENUE
TALLAHASSEE, FL 32301
TELEPHONE: (850) 222-6891
FACSIMILE: (850) 681-0207
RICHARDB@GTLAW.COM
MOODYM@GTLAW.COM
S: TRAMMELLC@GTLAW.COM
S: MATTAIRS@GTLAW.COM

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via the court's CM/ECF system this 16th day of December, 2014, which will serve the following counsel of record:

Bush & Augspurger, P.A.
Richard Burton Bush, Esq.
3375-C Capital Circle, N.E.
Suite 200
Tallahassee, FL  32308
*rbb@bushlawgroup.com*
*mkp@bushlawgroup.com*

Gupta Beck PLLC
Gregory A. Beck, Esq.
Deepak Gupta
Brian Wolfman
1625 Massachusetts Avenue, N.W.
Suite 500
Washington, DC  20036
*greg@guptabeck.com*


              **S/ BARRY RICHARD**

*TAL 451924915v1*

**GREENBERG TRAURIG, P.A.**