IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTIAN D. SEARCY et al.,

    Plaintiffs,

v.                          CASE NO. 4:13cv664-RH/CAS

THE FLORIDA BAR et al.,

    Defendants.

_____/

### ORDER EXTENDING THE SUMMARY-JUDGMENT DEADLINE

The defendants' unopposed motion, ECF No. 34, to extend the deadline to file a summary-judgment memorandum is GRANTED. The deadline is extended to December 22, 2014.

SO ORDERED on December 19, 2014.

                          s/Robert L. Hinkle
                          United States District Judge