UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTIAN D. SEARCY, EARL
DENNEY, JR., JOHN SCAROLA,
GREGORY F BARNHART, JOHN
SHIPLEY, SEARCY DENNEY
SCAROLA BARNHART & SHIPLEY
PA., F GREGORY BARNHAR,

    VS                        CASE NO.  4:13cv664-RH/CAS

THE FLORIDA BAR, JOHN F
HARKNESS, ELIZABETH TARBERT,
JAMES N WATSON, JR., ADRIA E
QUINTELA,

**JUDGMENT**

This action was resolved on motions for summary judgment.  It is ordered that the defendants John F. Harkness, Elizabeth Tarbert, James N. Watson, Jr., and Adria E. Quintela, in their official capacities as employees of The Florida Bar, are enjoined from enforcing Rules Regulating The Florida Bar, Rule 4-7.14(a)(4), to prohibit the plaintiffs from making truthful statements on a website, blog, or social medium about their specialty or expertise. This injunction binds these defendants and their officers, agents, servants, employees, and attorneys—and others in active concert or participation with any of them—who receive actual notice of this injunction by personal service or otherwise.

The plaintiffs' other claims are dismissed without prejudice for lack of jurisdiction because the claims are not ripe.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

 October 05, 2015                                     s/ Tiffinie Larkins
DATE                                                     Deputy Clerk: Tiffinie Larkins